# IN THE SUPREME COURT OF PENNSYLVANIA

| IN RE: | : | No. 415 |
| | : | |
| APPOINTMENT TO MINOR JUDICIARY | : | MAGISTERIAL RULES DOCKET |
| EDUCATION BOARD | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 10th day of May, 2017, Magisterial District Judge Richard G. King, Allegheny County, is hereby designated as a member of the Minor Judiciary Education Board for a term of three years, commencing July 1, 2017.